First Step Act of 2018 (Dec. 21, 2018), Application of Fair Sentencing Act

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 7:8cr00035-MFU |
| Timothy Djuan Campbell ) | USM No. 13858-084 |
| 03/14/2018 | Arin Melissa Brenner |
| Date of Previous Judgment | Defendant's Attorney |

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    3 years    **is reduced to**    24 months *

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**
Previous Sentence Imposed: 3 years                Amended Sentence: 24 months*
Previous Supervised Release Term Imposed: 0 years    Amended Supervised Release Term: 0 years
Previous Underlying Sentence Imposed: 3 years        Amended Underlying Sentence: 24 months*

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**II. ADDITIONAL COMMENTS:**
☐    Waiver of Appearance of Defendant for resentencing hearing (attached).

Except as provided above, all provisions of the judgment dated    03/14/2018    shall remain in effect.
*This sentence shall run consecutive to the 65-month sentence imposed in 7:17cr00003, for a total of 89 months.
**It is So ORDERED.**
Order Date:

Judge's Signature
[signature]
04-13-2022